**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | **07 C 7243** |
|---|---|---|

**MOISES MORALES**

v.

**CITY OF CHICAGO, CHICAGO POLICE OFFICER JOHN HALEAS, STAR 6719**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO and JOHN HALEAS**

| NAME (Type or print) |
|---|
| **Terrence M. Burns** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ **Terrence M. Burns (ARDC #3122331)** |
| FIRM |
| **Dykema Gossett PLLC** |
| STREET ADDRESS |
| **10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP |
| **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC No. 3122331 | (312) 876-1700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

I hereby certify that on **January 25, 2008** I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**Lawrence V. Jackowiak**
**Daniel P. Kiss**
**Louis Joseph Meyer**
**Law Offices of Lawrence V. Jackowiak**
20 N. Clark Street - #1700
Chicago, IL 60602
Phone: (312) 795-9595
Fax: 312-750-0632
jackowiaklawoffice@yahoo.com


                              s/Terrence M. Burns  (ARDC No. 3122331)

                              Terrence M. Burns