# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: **07 C 7243**

**MOISES MORALES**

v.

**CITY OF CHICAGO, CHICAGO POLICE OFFICER JOHN HALEAS, STAR 6719**


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO and JOHN HALEAS**

| |
|---|
| NAME (Type or print) <br> **Daniel M. Noland** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> **s/ Daniel M. Noland** |
| FIRM <br> **Dykema Gossett PLLC** |
| STREET ADDRESS <br> **10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP <br> **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC No. 6231175 | (312) 876-1700 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

      I hereby certify that on **January 25, 2008** I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**Lawrence V. Jackowiak**
**Daniel P. Kiss**
**Louis Joseph Meyer**
**Law Offices of Lawrence V. Jackowiak**
20 N. Clark Street - #1700
Chicago, IL 60602
Phone: (312) 795-9595
Fax: 312-750-0632
jackowiaklawoffice@yahoo.com

                                        s/Daniel M. Noland (ARDC No. 6231175)
                                        Daniel M. Noland