# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**MOISES MORALES**<br>v.<br>**CITY OF CHICAGO, CHICAGO POLICE OFFICER JOHN HALEAS, STAR 6719** | Case Number: **07 C 7243** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF CHICAGO and JOHN HALEAS**

| | |
|---|---|
| NAME (Type or print)<br>**Gregory L. Lacey** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>**s/ Gregory L. Lacey** | |
| FIRM<br>**Dykema Gossett PLLC** | |
| STREET ADDRESS<br>**10 S. Wacker Drive, Suite 2300** | |
| CITY/STATE/ZIP<br>**Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC No. 6239392 | TELEPHONE NUMBER<br>(312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒<br>NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 25, 2008** I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**Lawrence V. Jackowiak**
**Daniel P. Kiss**
**Louis Joseph Meyer**
**Law Offices of Lawrence V. Jackowiak**
20 N. Clark Street - #1700
Chicago, IL 60602
Phone: (312) 795-9595
Fax: 312-750-0632
jackowiaklawoffice@yahoo.com

                                        s/Gregory L. Lacey (ARDC No. 6239392)

                                        Gregory L. Lacey