IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOISES MORALES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 07 C 7243 ) |
| CITY OF CHICAGO, et al., | ) Judge Gettleman ) |
| Defendants. | ) Magistrate Judge Cox |

**MOTION FOR EXTENSION OF TIME**

Defendants, City of Chicago and Officer John Haleas ("Defendants"), by their attorneys, Terrence M. Burns of Dykema Gossett PLLC, and for their motion for a 28 day extension of time to answer or otherwise plead, to and including March 6, 2008, state as follows:

1. Dykema Gossett PLLC has recently been retained and appeared as counsel for defendants. (*See* Dkt. 10, 11, and 12.)

2. This motion is not presented for purposes of delay but to allow counsel to familiarize themselves with the facts of this matter.

3. No prejudice will be suffered by any party as a result of the requested extension.

WHEREFORE, defendants, City of Chicago and Officer John Haleas, request a 28 day extension of time to answer or otherwise plead, to and including March 6, 2008, and for any other relief this Court deems appropriate.

Dated: February 7, 2008                     Respectfully submitted,

                                            s/ Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                           One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700
312.627.2302 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008, I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, Illinois  60602
(312) 795-9595
(312) 750-0632 facsimile

                                                                s/ Daniel M. Noland (ARDC No. 6231175)
                                                                Daniel M. Noland

CHICAGO\2421328.1
ID\DMN