IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOISES MORALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 7243 |
| | ) |
| CITY OF CHICAGO, et al., | ) Judge Gettleman |
| | ) |
| Defendants. | ) Magistrate Judge Cox |

**NOTICE OF MOTION**

TO:    See Attached Service List

     PLEASE TAKE NOTICE that on **February 12, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, in Room 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion for Extension of Time**.

Dated: February 7, 2008                    Respectfully submitted,


                                                                     s/ Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                    One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700
312.627.2302 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, Illinois  60602
(312) 795-9595
(312) 750-0632 facsimile

                                        s/ Daniel M. Noland (ARDC No. 6231175)
                                        Daniel M. Noland

CHICAGO\2421320.1
ID\DMN