IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOISES MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 1882 |
| | ) | |
| vs. | ) | Judge Gettleman |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, | ) | |
| A Municipal Corporation; and | ) | |
| Chicago Police Officer | ) | |
| JOHN HALEAS, Star 6719 | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL STATUS REPORT**

A. This matter is set for a status at 9:00 a.m. on Tuesday, March 25, 2008.

B. Lawrence V. Jackowiak, Louis J. Meyer and Daniel P. Kiss are the attorneys for the Plaintiff, Moises Morales. Terry Burns, Dan Noland and Greg Lacey are the attorneys for the Defendants.

C. This is a case brought pursuant to 42 U.S.C. § 1983 and related state claims, including malicious prosecution, *respondeat superior* and indemnification. The basis for jurisdiction is federal subject matter jurisdiction.

D. All parties request a jury trial.

E. Plaintiff asserts that during the course of a traffic stop on May 4, 2007, he was subjected to unreasonable seizure and false arrest. Defendants deny Plaintiff's claim that an unreasonable stop or an unreasonable seizure occurred.

F. Plaintiff seeks money damages, including compensatory damages, punitive damages and attorney's fees.

G. All Defendants have been served.

H. Legal issues involve §1983 allegations, state law claims of malicious prosecution, *respondeat superior*, indemnification and defenses to these claims.

I. Factual issues: Plaintiff claims that, on May 4, 2007, he was driving his car near 4500 West Armitage in the City of Chicago when he was stopped by Officer John

Haleas. Officer Haleas approached Plaintiff's car and subsequently arrested him for disobeying a red signal light, failure to stay in lanes and driving under the influence. Plaintiff claims there was no probable cause for these charges.

J. Anticipated motions include a possible Motion to Dismiss and a possible Motion for Summary Judgment at the close of discovery.

K. The Parties propose 180 days for all discovery, and do not anticipate any experts at this time. If experts are retained, expert discovery will follow fact discovery. A maximum of 10 depositions is expected. A maximum of 25 Requests to Produce, 25 Interrogatories and 25 Requests to Admit are anticipated.

L. The Parties believe this matter can be ready for trial in November 2008, barring expert discovery or dispositive motions. The trial is estimated to last 2 days.

M. The Parties have not yet had settlement discussions. However, the Parties believe that a settlement conference could be beneficial following some discovery (*e.g.*, Party depositions).

N. There is not unanimous consent to trial before the magistrate judge.

Dated: March 20, 2008                                           Dated: March 20, 2008

/s/ Daniel P. Kiss                                              /s/ Gregory L. Lacey
Daniel P. Kiss, Esq.                                            Gregory L. Lacey, Esq.
Law Offices of Lawrence V. Jackowiak                            Dykema Gossett PLLC
20 North Clark Street, Suite 1700                               10 South Wacker Drive, Suite 2300
Chicago, Illinois 60602                                         Chicago, Illinois 60602
*Attorneys for Plaintiff*                                       *Attorneys for Defendants*