IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOISES MORALES,                    )<br>                                                     )<br>            Plaintiff,                      )<br>                                                     )<br>    v.                                            )<br>                                                     )<br>CITY OF CHICAGO, A Municipal    )<br>Corporation and Chicago Police Officer  )<br>JOHN HALEAS, Star 6719,             )<br>                                                     )<br>            Defendants.                   )<br>                                                     )<br>                                                     ) | No. 07 C 7243<br><br>Judge Robert Gettleman<br><br>Magistrate Judge Susan Cox |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants, the City of Chicago ("City") and Officer John Haleas ("Haleas") (collectively, "Defendants"), by their attorney, Terrence M. Burns of Dykema Gossett PLLC, and for their Motion for Extension of Time to File their responsive pleading to Plaintiff's Complaint, state as follows:

1.　　On February 7, 2008, Defendants filed a Motion for Extension of Time seeking additional time to file their responsive pleading (Dkt. 13). The Court granted Defendants' Motion (Dkt. 15), and Defendants' responsive pleading was due on March 6, 2008.

2.　　On March 20, 2008, the Parties filed their Joint Initial Status Report with the Court (Dkt. 16).

3.　　Currently, counsel for Defendants continue to collect needed information and materials to enable Defendants to file their responsive pleading in this matter. Thus, Defendants request additional time, up to April 16, 2008, to file their responsive pleading.

4.     The undersigned counsel has conversed via telephone with Plaintiff's counsel regarding the instant motion, and Plaintiff's counsel has no objection to the request for an extension of time.  Moreover, Plaintiff will not be unduly prejudiced if the request for additional time is granted.

WHEREFORE, Defendants, Officer John Haleas and the City of Chicago, request that this Court grant their motion for an additional twenty-eight (28) days, up to April 16, 2008, to file their responsive pleading to Plaintiff's Complaint.

Dated: March 24, 2008

Respectfully submitted,

s/ Gregory L. Lacey (ARDC No. 6239392)

Terrence M. Burns
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

One of the Attorneys for Defendants,
OFFICER JOHN HALEAS AND CITY OF CHICAGO

## **CERTIFICATE OF SERVICE**

I, Gregory Lacey, an attorney, hereby certify that on March 24, 2008, I caused the foregoing **Defendants' Motion for Extension of Time** to be served by CM/ECF Noticing on the parties listed below:

Lawrence V. Jackowiak, Esq.
Louis J. Meyer, Esq.
Daniel P. Kiss, Esq.
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595 (phone)
(312) 795-1949 (facsimile)

s/ Gregory L. Lacey (ARDC No. 6239392)
Gregory L. Lacey

CHICAGO\2422575.1
ID\GLL