IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOISES MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7243 |
| | ) | |
| CITY OF CHICAGO, A Municipal Corporation and Chicago Police Officer JOHN HALEAS, Star 6719, | ) ) ) | Judge Robert Gettleman |
| | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

To:   See Attached Certificate of Service

     PLEASE TAKE NOTICE that on March 27, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gettleman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, in Courtroom 1703, and present the attached **Defendants' Motion for Extension of Time.**  A copy of which is hereby served upon you.

Dated: March 24, 2008         Respectfully submitted,


                                            s/ Gregory L. Lacey (ARDC No. 6239392)

Terrence M. Burns                  One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## CERTIFICATE OF SERVICE

I, Gregory Lacey, an attorney, hereby certify that on March 24, 2008, I caused the foregoing **Defendants' Motion for Extension of Time** to be served by CM/ECF Noticing on the parties listed below:

Lawrence V. Jackowiak, Esq.
Louis J. Meyer, Esq.
Daniel P. Kiss, Esq.
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595 (phone)
(312) 795-1949 (facsimile)

s/ Gregory L. Lacey (ARDC No. 6239392)
Gregory L. Lacey