# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Moises Morales

                          Plaintiff,

v.                                         Case No.: 1:07−cv−07243
                                         Honorable Robert W. Gettleman

City of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable Robert W. Gettleman:Defendants' motions for extension of time [18][20] are granted. Defendants' responsive pleading is due by 4/16/2008. Status hearing held on 3/25/2008. Discovery ordered closed 10/14/2008. Status hearing set for 10/14/2008 at 09:00 a.m. Voir Dire is set for 2/2/2009 at 09:30 a.m.mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.