**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Moises Morales

                    Plaintiff,

v.                                               Case No.: 1:07−cv−07243
                                                   Honorable Robert W. Gettleman

City of Chicago, et al.

                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, )mailed notice.

Dated: March 31, 2008

                                                                             /s/ Robert W. Gettleman

                                                                            United States District Judge