**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MOISES MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7243 |
| | ) | |
| vs. | ) | Judge Gettleman |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, | ) | |
| A Municipal Corporation; and | ) | |
| Chicago Police Officer | ) | |
| JOHN HALEAS, Star 6719 | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

1.  This is a case brought pursuant to 42 U.S.C. § 1983 and related state claims, including malicious prosecution, *respondeat superior* and indemnification. The basis for jurisdiction is federal subject matter jurisdiction.

2.  Plaintiff seeks money damages, including compensatory damages, punitive damages and attorney's fees. Plaintiff's damages include $1,500.00 in legal fees for the underlying traffic matter.

3.  Plaintiff claims that on May 4, 2007, he was driving his car near 4500 West Armitage in the City of Chicago when he was stopped by Officer John Haleas. Officer Haleas approached Plaintiff's car and subsequently arrested him for disobeying a red signal light, failure to stay in lanes and driving under the influence. Plaintiff claims there was no probable cause for these charges, and that he was subjected to unreasonable seizure and false arrest. Defendants deny these claims.

4.  Neither party has filed any motions or other briefs in this matter. However, Defendants' responsive pleadings are due April 16, 2008.

5.  There is not unanimous consent to trial before the magistrate judge.

6.  The Parties have not yet had settlement discussions. However, the Parties believe that a settlement conference could be beneficial following some discovery (*e.g.*, Party depositions).

Dated: April 11, 2008                                Dated: April 11, 2008

/s/ Daniel P. Kiss                                   /s/ Gregory L. Lacey
Daniel P. Kiss, Esq.                                 Gregory L. Lacey, Esq.
Law Offices of Lawrence V. Jackowiak                 Dykema Gossett PLLC
20 North Clark Street, Suite 1700                    10 South Wacker Drive, Suite 2300
Chicago, Illinois 60602                              Chicago, Illinois 60602
*Attorneys for Plaintiff*                            *Attorneys for Defendants*