## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Moises Morales

                    Plaintiff,

v.                                      Case No.: 1:07−cv−07243
                                               Honorable Robert W. Gettleman

City of Chicago, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Plaintiff's counsel only appears. Parties to submit proposed discovery schedule to this Court's proposed order box located on the District Court website at www.ilnd.uscourts.gov by 4/24/08. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.