**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOISES MORALES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 07 C 7243 |
| ) | |
| CITY OF CHICAGO, et al., ) | Judge Gettleman |
| ) | |
| Defendants. ) | Magistrate Judge Cox |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, City of Chicago and Officer John Haleas ("Defendants"), by their attorneys, Terrence M. Burns of Dykema Gossett PLLC, and for their unopposed motion for extension of time to answer or otherwise plead, state as follows:

1. Pursuant to extension, defendants' responsive pleading was due April 16, 2008.

2. On April 15, 2008, it was publicly disclosed that defendant Officer John Haleas has been indicted for perjury, official misconduct, and obstruction of justice.

3. In light of the indictment, defendants request an extension of 45 days to answer or otherwise plead.

4. This motion is not presented for purposes of unnecessary delay and will not serve to prejudice any party.

5. Plaintiff's counsel has advised defendants' counsel that plaintiff has no objection to this motion.

WHEREFORE, defendants, City of Chicago and Officer John Haleas, respectfully request a 45 day extension of time to answer or otherwise plead to plaintiff's complaint, and for any other relief this Court deems appropriate.

2

Dated: April 18, 2008              Respectfully submitted,

                                                          s/ Daniel M. Noland (ARDC No. 6231175)

Terrence M. Burns              One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700
312.627.2302 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I electronically filed the foregoing **Unopposed Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, Illinois  60602
(312) 795-9595
(312) 750-0632 facsimile

        s/ Daniel M. Noland (ARDC No. 6231175)
        Daniel M. Noland

CHICAGO\2441170.1
ID\DMN