IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOISES MORALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 7243 |
| | ) |
| CITY OF CHICAGO, et al., | ) Judge Gettleman |
| | ) |
| Defendants. | ) Magistrate Judge Cox |

**NOTICE OF UNOPPOSED MOTION**

TO:    See Attached Service List

    PLEASE TAKE NOTICE that on **April 23, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, in Room 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Unopposed Motion for Extension of Time**.

Dated: April 18, 2008    Respectfully submitted,

s/ Daniel M. Noland (ARDC No. 6231175)
One of the Attorneys for Defendants

Terrence M. Burns
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
312.876.1700
312.627.2302 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2008, I electronically filed the foregoing **Notice of Unopposed Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, Illinois  60602
(312) 795-9595
(312) 750-0632 facsimile

                                           s/ Daniel M. Noland (ARDC No. 6231175)
                                           Daniel M. Noland

CHICAGO\2421320.1
ID\DMN