**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Moises Morales

                        Plaintiff,

v.                                                  Case No.: 1:07−cv−07243
                                                    Honorable Robert W. Gettleman

City of Chicago, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Pursuant to a request by defendants' counsel, and there being no objection by plaintiff's counsel, the deadline for submitting the discovery plan is extended to 5/1/08 to give the parties an opportunity to resolve representation issues. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.