50655-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOISES MORALES<br>          Plaintiff,<br><br>        v.<br><br>CITY OF CHICAGO, et al.<br>          Defendant | No. 07 C 07243<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Cox |

### DEFENDANT, OFFICER HALEAS' MOTION FOR LEAVE TO FILE SUBSTITUTION OF ATTORNEY

**NOW COMES** Defendant, OFFICER JOHN HALEAS, by and through his attorneys, QUERREY & HARROW, LTD., and moves this Honorable Court for leave to file its Substitution of Attorneys *instanter*, substituting its appearance as attorneys of record for Defendant, OFFICER JOHN HALEAS.

Respectfully submitted,

Defendant, Officer John Haleas

By:   s/ Daniel F. Gallagher
      Daniel F. Gallagher
      Querrey & Harrow, Ltd.
      175 West Jackson Blvd., Suite 1600
      Chicago, IL 60604-2827
      I.D. #0905305

Document #: 1324821