50655-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOISES MORALES,<br>          Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, Chicago Police Officer JOHN HALEAS,<br>Star 6719,<br><br>          Defendants | No. 07 C 7243<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Cox |

### NOTICE OF MOTION

To:    All Counsel of Record
        (See attached Service List)

On **May 8, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Robert Gettleman** or any Judge sitting in his stead, in **Room 1703** or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendant Officer John Haleas' Motion for Leave to File Substitution of Attorneys.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | Officer John Haleas |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

### PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on May 5, 2008.

                                                    s/Daniel F. Gallagher

[X]    Under penalties as provided by law pursuant
        to Ill. Rev. Stat., ch. 110, Sect. 1-109, I
        certify that the statements set forth herein
        are true and correct.

50655-DFG
*Morales v. City of Chicago, et al.*
*Cause No: 07 C 7243*

## SERVICE LIST

Daniel P. Kiss
Lawrence V. Jackowiak
Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, IL  60606
(312) 795-9595
(312) 795-1949 - Fax
*Attorneys for Plaintiff*

Terrence M. Burns
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 876-1700
(312) 876-1155 - Fax
*Attorneys for Defendant City of Chicago*