# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7243 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Moises Morales    vs    City of Chicago, et al | | |

**DOCKET ENTRY TEXT:**

Defendant Haleas motion [32] for leave to file substitution of attorneys is granted.  Terrence M. Burns is granted leave to withdraw his appearance and Daniel F. Gallagher is given leave to file his appearance

[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|