UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| MOISES MORALES<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, Chicago Police Officer JOHN HALEAS, Star 6719,<br><br>　　　　　　　　　Defendants. | No.  07 C 7243<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| **SIGNATURE**                                                                                                 |                                         |
|---------------------------------------------------------------------------------------------------------------|-----------------------------------------|
| s/Daniel F. Gallagher                                                                                         |                                         |
| **FIRM**                                                                                                      |                                         |
| Querrey & Harrow, Ltd.                                                                                        |                                         |
| **STREET ADDRESS**                                                                                            |                                         |
| 175 West Jackson Boulevard, Suite 1600                                                                        |                                         |
| **CITY/STATE/ZIP**                                                                                            |                                         |
| Chicago, IL 60604                                                                                             |                                         |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>0905305                                                         | **TELEPHONE NUMBER**<br>312/540-7000    |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES   X          NO**                                     ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES                NO  X**                                  ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES   X         NO**                                      ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES  X       NO**                   ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                         APPOINTED COUNSEL** ||