UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| MOISES MORALES, | |
| Plaintiff, | No. 07 C 7243 |
| v. | Judge Robert W. Gettleman |
| CITY OF CHICAGO, Chicago Police Officer JOHN HALEAS, Star 6719, | Magistrate Judge Cox |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| **SIGNATURE** |  |
| --- | --- |
| s/Paul A. O'Grady |  |
| **FIRM** |  |
| Querrey & Harrow, Ltd. |  |
| **STREET ADDRESS** |  |
| 175 West Jackson Boulevard, Suite 1600 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60604 |  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6271373 | 312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES** | **NO  X** |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES** | **NO  X** |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES** | **NO  X** |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** **YES     NO  X** | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** | |
| **RETAINED COUNSEL**                               **APPOINTED COUNSEL** | |