UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>MOISES MORALES<br><br>                        Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, Chicago Police Officer JOHN HALEAS, Star 6719,<br><br>                        Defendants. | Case<br><br>No.  07 C 7243<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| **SIGNATURE**                                                                                                     |                                                  |
|-------------------------------------------------------------------------------------------------------------------|--------------------------------------------------|
| s/Terrence F. Guolee                                                                                              |                                                  |
| **FIRM**                                                                                                          |                                                  |
| Querrey & Harrow, Ltd.                                                                                            |                                                  |
| **STREET ADDRESS**                                                                                                |                                                  |
| 175 West Jackson Boulevard, Suite 1600                                                                            |                                                  |
| **CITY/STATE/ZIP**                                                                                                |                                                  |
| Chicago, IL 60604                                                                                                 |                                                  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6207056                                                             | **TELEPHONE NUMBER**<br>312/540-7000             |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES            NO  X**                                         |||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES            NO  X**                                           |||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES            NO  X**                                          |||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES         NO  X**                      |||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                              APPOINTED COUNSEL** |||