**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Moises Morales

                              Plaintiff,

v.                                                       Case No.: 1:07−cv−07243
                                                       Honorable Robert W. Gettleman

City of Chicago, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

       MINUTE entry before the Honorable Susan E. Cox: Pursuant to a joint request of the parties by telephone, the 5/30/08 deadline for filing of a proposed discovery plan is suspended pending ruling by the District Judge. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.