IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOISES MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7243 |
| | ) | |
| CITY OF CHICAGO, A Municipal Corporation and Chicago Police Officer JOHN HALEAS, Star 6719, | ) ) ) | Judge Robert Gettleman |
| | ) | Magistrate Judge Susan Cox |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

To:   See Attached Certificate of Service

    PLEASE TAKE NOTICE that on June 11, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gettleman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, in Courtroom 1703, and present the attached **Defendant, City of Chicago's, Motion to Stay.**  A copy of which is hereby served upon you.

Dated: June 6, 2008        Respectfully submitted,


                            s/ Gregory L. Lacey (ARDC No. 6239392)
Terrence M. Burns           One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## **CERTIFICATE OF SERVICE**

I, Gregory Lacey, an attorney, hereby certify that on June 6, 2008, I caused the foregoing **Defendant, City of Chicago's, Motion to Stay** to be served by CM/ECF Noticing on the parties listed below:

Lawrence V. Jackowiak, Esq.
Louis J. Meyer, Esq.
Daniel P. Kiss, Esq.
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595 (phone)
(312) 795-1949 (facsimile)

s/ Gregory L. Lacey (ARDC No. 6239392)
Gregory L. Lacey