# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7243 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Moises Morales    vs    City of Chicago and John Haleas | | |

**DOCKET ENTRY TEXT:**

This Court's order [34] is clarified to reflect that Terrence Michael Burns was given leave to withdraw his appearance as counsel for defendant Haleas only. He continues to represent defendant City of Chicago.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|