**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Moises Morales

                  Plaintiff,

v.                                     Case No.: 1:07−cv−07243
                                        Honorable Robert W. Gettleman

City of Chicago, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Motions to stay [42][44] are granted in part and this Court stays merits discovery only. Motion hearing held on 6/11/2008 regarding motions to stay[44][42]. Defendants' answer is due by 6/25/2008. Status hearing is re−set to 10/29/2008 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.