UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOISES MORALES, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 7243 |
| ) | |
| vs. ) | Judge Gettleman |
| ) | Magistrate Judge Cox |
| CITY OF CHICAGO, ) | |
| Chicago Police Officer ) | |
| JOHN HALEAS, Star 6719, ) | Jury Demand |
| ) | |
| Defendants. ) | |

**DEFENDANT JOHN HALEAS' ANSWER TO PLAINTIFF'S COMPLAINT AT LAW**

NOW COMES the Defendant, CHICAGO POLICE OFFICER JOHN HALEAS, by and through his attorneys, Querrey & Harrow, Ltd., and for his Answer to Plaintiff's Complaint, states as follows:

1. This is an action for money damages brought pursuant to 42 U.S.C. §1983, and the Fourth and Fourteenth Amendments to the United States Constitution.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 1.

2. Jurisdiction for Plaintiff's federal claims is based on 28 U.S.C. §§ 1331 and 1343(a). Jurisdiction for Plaintiff's state claims is based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 2.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), in that the claims arose in this district as alleged below.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 3.

## PARTIES

4. Plaintiff is a resident of Chicago, Illinois.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 4.

5. Defendant JOHN HALEAS is a duly appointed and sworn Chicago police officer. At all times relevant to this Complaint, the Defendant-Officer was acting in the course and scope of his employment, and under color of state law, ordinance and/or regulation.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 5.

6. The Defendant-Officer is sued in his individual capacity.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 6.

7. The CITY OF CHICAGO is a municipal corporation, duly incorporated under the laws of the State of Illinois, and is the employer and principal of the Defendant-Officer.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 7.

## FACTS

8. On May 4, 2007, Plaintiff was driving his car near 4500 West Armitage in the City of Chicago.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 8.

9. Plaintiff was obeying all traffic laws.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 9.

10. Plaintiff was stopped by Defendant-Officer Haleas who was on patrol.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 10.

11. Plaintiff had not violated any city, state or federal law. Defendant-Officer did not have any reason to believe that Plaintiff had violated, or was about to violate, any city, state or federal law. HALEAS did not have an arrest warrant, probable cause, reasonable suspicion, consent, or any other basis to stop, detain, or search Plaintiff.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 11.

12. After Plaintiff stopped, HALEAS approached his car and accused Plaintiff of being drunk.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 12.

13. Plaintiff was not drunk.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 13.

14. Plaintiff speaks only Spanish, and does not speak English.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 14.

15. HALEAS spoke to Plaintiff in English.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 15.

16. HALEAS took Plaintiff into custody and charged him with disobeying a red signal, failure to keep in lanes, and driving under the influence.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 16.

17. There was not probable cause for these charges.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 17.

18. During the pendency of the criminal case, it became public that during DUI arrests, Haleas had a practice of not following proper procedures, making false reports, and falsely imprisoning citizens. As a result, all DUI cases pending involving HALEAS were dismissed, including Plaintiff's case. Haleas was subsequently disciplined.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 18.

19. As a result of the false arrest, Plaintiff driver's license was suspended, and he lost his job. Plaintiff also incurred attorney's fees for defending himself from the false charges maliciously brought by HALEAS.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 19.

20. As a direct and proximate result of the acts of the Defendants described above, Plaintiff has suffered and continues to suffer damages including loss of physical liberty, emotional distress, physical pain and suffering, mental anguish and humiliation, and other damages including attorney's fees, monies posted for bond, and lost wages.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 20.

## COUNT I
### (42 U.S.C. § 1983 – Unreasonable Seizure)

21. Plaintiff realleges paragraphs 1 through 20 as if fully set forth herein.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 21.

22. The actions of HALEAS in seizing Plaintiff without any legal justification or probable cause, violated his Fourth Amendment right, as guaranteed by the Fourteenth Amendment, to be free from unreasonable seizures.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 22.

## COUNT II
### (42 U.S.C. § 1983 – False Arrest/Imprisonment)

23. Plaintiff realleges paragraphs 1 through 22 as if fully set forth herein.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 23.

24. The actions of HALEAS in arresting Plaintiff without any legal justification or probable cause, violated his Fourth Amendment right, as guaranteed by the Fourteenth Amendment, to be free from unreasonable seizures.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 24.

## COUNT III
### (State Law Claim for Malicious Prosecution)

25. Plaintiff realleges paragraphs 1 through 24 as if fully set forth herein.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 25.

26. Defendant-Officer instituted charges against Plaintiff for driving under the influence.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 26.

27. There was not probable cause for such charges.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 27.

28. The charges were dismissed in a manner indicative of Plaintiff's innocence.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 28.

## COUNT IV
### (State Law *Respondeat Superior* Claim)

29. The acts of the individual Defendant-Officer described in the supplementary state law claim specified above was willful and wanton, and committed in the scope of employment.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 29.

30. Pursuant to *respondeat superior*, Defendant CITY OF CHICAGO, as principal, is liable for its agents' actions.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 30.

## COUNT V
### (Indemnification Claim pursuant to 745 ILCS 10/9-102)

31. The acts of the individual Defendant-Officer described in the above causes of action were willful and wanton, and committed in the scope of employment.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 31.

32. Pursuant to the Illinois Tort Immunity Act, 745 ILCS 10/9-102, Defendant CITY OF CHICAGO is liable for any judgments in this case arising from the actions of the Defendant-Officer.

**Answer:** Defendant John Haleas exercises his rights pursuant to the Fifth Amendment and therefore, does not provide an answer to allegations set forth in paragraph 32.

## JURY DEMAND

Defendant demands a trial by jury.

Respectfully submitted,

Defendant, JOHN HALEAS

By: /s/ Daniel F. Gallagher
One of his attorneys

Daniel F. Gallagher, Esq.
Larry Kowalczyk, Esq.
Dominick L. Lanzito, Esq.
QUERREY & HARROW, LTD.
175 West Jackson, Suite 1600
Chicago, Illinois 60604
Phone: 312-540-7000
Fax: 312-540-0578