50655-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOISES MORALES,<br><br>         Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, Chicago Police Officer JOHN HALEAS, Star 6719,<br><br>         Defendants | No. 07 C 7243<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Cox |

### NOTICE OF FILING

To:    All Counsel of Record
       (See attached Service List)

     PLEASE TAKE NOTICE THAT on June 25, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Defendant John Haleas' Answer to Plaintiff's Complaint At Law.**

        Defendant, Officer John Haleas

        By:    s/Daniel F. Gallagher
                     Daniel F. Gallagher
                     Querrey & Harrow, Ltd.
                     175 West Jackson Blvd., Suite 1600
                     Chicago, IL 60604-2827
                     (312) 540-7000
                     I.D. #0905305

### PROOF OF SERVICE

     I, Daniel F. Gallagher, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 25, 2008.

[x]    Under penalties as provided by law pursuant
       to ILL. REV. STAT CHAP. 110, SEC. 1-109,
       I certify that the statements set forth herein
       are true and correct.

                                                   s/Daniel F. Gallagher

50655-DFG
*Moises Morales v. Haleas, et al.*
*Cause No: 07 C 7243*

## SERVICE LIST

Daniel P. Kiss
Lawrence V. Jackowiak
Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, IL 60606
(312) 795-9595
(312) 795-1949 - Fax
*Attorneys for Plaintiff*

Terrence M. Burns
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
(312) 876-1155 - Fax
*Attorneys for Defendant City of Chicago*