UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Moises Morales
                                    Plaintiff,
v.                                                    Case No.: 1:07−cv−07243
                                                      Honorable Robert W. Gettleman
City of Chicago, et al.
                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 12, 2011:

      MINUTE entry before Honorable Jeffrey Cole: Status hearing held and continued to 9/27/2011 at 8:30 a.m. Plaintiff's counsel fails to appear. Counsel for all parties must appear for all status and properly noticed motion hearings. In light of the extensive time that has been accorded the parties to conduct settlement discussions, it is necessary that the case move forward. Plaintiff is thus ordered to comply with all outstanding discovery within 14 days. That discovery is now almost 6 months overdue. Defendant City of Chicago is ordered to respond to Plaintiff's most recent settlement demand by Monday, 9/19/2011. There will be no extensions on the above−schedule. Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.